AO 91 (Rev. 11/11)  Criminal Complaint

**LODGED**
CLERK, U.S. DISTRICT COURT

09/24/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT

September 24, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KC _____ DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Josue ~~Jose~~ Gamaliel Vidal Quintanilla | ) ) ) ) ) | Case No.  5:20-mj-00512 |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    9/14/19; 1/14/20; and 9/23/20    in the county of    San Bernardino County    in the

____Central____ District of    California    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 2251(a)(1) | Transportation of Child Pornography |
| 18 U.S.C § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jonathan Ruiz, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  September 24, 2020

_____
*Judge's signature*

City and state:    Riverside, California    Hon. Sheri Pym, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Jonathan Ruiz, being duly sworn, declare and state as follows:

### I.   PURPOSE OF AFFIDAVIT

1.   This affidavit is made in support of a criminal complaint against Josue Gamaliel Vidal Quintanilla ("Vidal"), for violations of Title 18, United States Code, Section 2252(a)(1) (Transportation of Child Pornography); and Title 18, United States Code, Section 2252A(a)(5)(B) (Possession of Child Pornography)(together, the "SUBJECT OFFENSES").

2.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

### II.   BACKGROUND OF AFFIANT

3.   I am a Special Agent ("SA") with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI") and have been so employed since 2007.  From April 2007 to November 2014, I was assigned to the Child Exploitation Investigations Group for the HSI Office of the Special Agent in Charge, Los Angeles, California.  In November 2014, I transferred to the Child

1

Exploitation Investigations Group for the HSI Office of the Assistant Special Agent in Charge, Riverside and San Bernardino, California. My daily duties as a SA include investigating criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A. During the course of these investigations, I have participated in the execution of numerous search warrants and seized evidence of such violations.

4.     Through my training and experience, I have become familiar with the methods of operation used by people who sexually exploit children. I have attended training classes and seminars concerning computer crimes and the sexual exploitation of children on the Internet. My training and experience in these investigations has given me an understanding of how people involved with offenses relating to the sexual exploitation of children use the Internet to further those offenses.

### III. SUMMARY OF PROBABLE CAUSE

5.     In September 2019, Kik Messenger ("Kik"), a Canada-based instant messaging application for mobile devices, reported to law enforcement that one of its users, "ITSJAYKING2," was identified as uploading child pornography to the Kik platform. Kik provided registration information and login records that show ITSJAYKING2 was registered with the email josue_vidal_91@yahoo.com (the "SUSPECT EMAIL") and was logged

into Kik on numerous occasions from the IP address 76.87.244.196
(the "SUSPECT IP").

6.    Then in January 2020, Snap Inc., a U.S.-based instant
messaging application for mobile devices, reported to law
enforcement that one of its users, "JOSH7CSUSB1," was identified
as uploading child pornography to its platform.  Snap Inc.
provided subscriber information and a single login record that
showed "JOSH7CSUSB1" was registered with the SUSPECT EMAIL, and
accessed the Snapchat application using the SUSPECT IP.

7.    The information was subsequently sent to HSI Riverside
for further investigation where HSI learned that the SUSPECT IP
was assigned to the service account located at 14312 Upas Court,
Fontana, California 92335 (the "SUBJECT PREMISES"), a residence
believed to be occupied by VIDAL.

8.    On September 23, 2020, law enforcement officers
executed a search warrant for VIDAL's residence issued on
September 16, 2020.  I conducted a *Mirandized* interview of
VIDAL.  During the interview, VIDAL identified numerous online
accounts he used for the purpose of sending, receiving and
possessing child pornography.  VIDAL also admitted to me that
within the past seven days he has used some of the same online
platforms to communicate with minors, some as young as 10 years
old, in live video communications where he and the minor engage
in masturbating together via live video.  VIDAL admitted to me
that he would record the live video of the minor masturbating
using screen recording software on his Samsung S7 smartphone.

9.    VIDAL stated that he believed that he had successfully deleted the child pornography he received and recorded to his smartphones and Toshiba laptop. VIDAL believed that only his online accounts contained child pornography and his sexually explicit communications with minors.  A preliminary search of VIDAL's Toshiba laptop revealed approximately 20 image files depicting the sexual exploitation of children as well as multiple video files with titles indicative of child pornography.  Similarly, I conducted a preliminary review of online accounts that VIDAL consented for me to search, and I found communications that VIDAL engaged in where he sent and received child pornography images and videos as well as sent hyperlinks to downloadable child pornography videos.

### IV.    STATEMENT OF PROBABLE CAUSE

10.   Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

### A. Kik Reports Suspected Child Pornography

#### 1.    Background on Kik

11.   Kik is a mobile application designed for chatting or messaging.  Prior to October 2019, Kik was owned and operated by Kik Interactive, Inc., a Canada-based company operating from Ontario, Canada.  In October 2019, Kik was acquired by MediaLab, a multimedia company based in Los Angeles, California.

12.   According to the publicly available document, "Kik's Guide for Law Enforcement," to use this application, a user downloads the application to a mobile phone, computer, or other

digital device via a service such as the iOS App Store, Google
Play Store, Apple iTunes, or another similar provider.  Once the
application is downloaded and installed, the user is prompted to
create an account or login to an existing account by entering
the Kik username or email address and the necessary password.
To create a Kik account, users are prompted to enter their first
name, their last name, a Kik username, their email address,
password, and their date of birth.  Kik does not verify that the
information entered is valid.  For example, Kik does not verify
that the email address entered is valid or that the birthday
entered is the user's actual birthday.  Kik allows for the entry
of a phone number upon registering but it is not required.

13.   Once the user has created an account, the user is able
to locate other users via a search feature.  While messaging,
users can then send each other text messages, images, and
videos.

14.   According to "Kik's Guide for Law Enforcement," Kik
users are also able to create chat groups with a limited number
of individuals to communicate in a group setting and exchange
text messages, images, and videos.  These groups are
administered by the group creator who has the authority to
remove and ban other users from the created group.  Once the
group is created, Kik users have the option of sharing a
hyperlink which serves as an invitation to the group.  The Kik
groups are identified by a hashtag (#) followed by the name of
the group.  For example, "#Sports" would be used to identify a

Kik group for people interested in discussing or sharing information about sports.

15.    According to information provided to HSI by Kik's Law Enforcement Response Team, Kik's Terms of Service prohibit users from uploading, posting, sending, commenting on, or storing content that contains child pornography and/or child abuse images.   The Terms of Service also provide that Kik may review, screen and delete user content at any time if Kik believes use of their services are in violation of the law.   According to Kik, Kik has a strong business interest in enforcing their Terms of Service and ensuring that their services are free of illegal content, and in particular, child sexual abuse material. Accordingly, Kik reports that it independently and voluntarily takes steps to monitor and safeguard their platform and that ridding Kik products and services of child abuse images are critically important to protecting their users, product, brand, and business interests.

16.    Prior to MediaLab's acquisition of Kik in October 2019, Kik was located and operating in Ontario, Canada, and governed by Canadian law.   According to information contained in the "Kik Interactive, Inc. Child Sexual Abuse and Illegal Material Report and Glossary" ("Kik Glossary"), which Kik provides when reporting information to law enforcement authorities, Kik is mandated to report to the Royal Canadian Mounted Police ("RCMP") any images and/or videos that would constitute suspected child pornography under Canadian law which are discovered on the Kik platform.   Kik identifies child

pornography on its platform by digital hash value matches to previously identified child pornography or through "Abuse Reports" generated from other Kik users or third party moderators on the Kik platform. With respect to Kik's use of image hash analysis, Kik uses both "PhotoDNA" and "SafePhoto" tools to identify suspected child pornography images uploaded by its users to the Kik platform. "PhotoDNA" is a software tool and product of Microsoft. According to Microsoft:

> PhotoDNA creates a unique digital signature (known as a "hash") of an image which is then compared against signatures (hashes) of other photos to find copies of the same image. When matched with a database containing hashes of previously identified illegal images, PhotoDNA is an incredible tool to help detect, disrupt and report the distribution of child exploitation material.

17. "SafePhoto" tool, similar to PhotoDNA, compares the hash values of content uploaded to Kik by its users with the hash values of images/videos previously identified as suspected child pornography or child abuse by Kik's Law Enforcement Response Team. Kik uses both PhotoDNA and SafePhoto to automatically scan user-uploaded files in order to flag images that may depict suspected child pornography and prevent such images from continuing to circulate through their application. When PhotoDNA and or SafePhoto detects a suspected child pornography file, it creates a report and sends it to the Kik Law Enforcement Response Team. According to information provided by a Kik Law Enforcement Response Team lead, all suspected child pornography images and videos reported via

PhotoDNA is reviewed by a member of the Kik Law Enforcement Response Team before a report is forwarded to law enforcement authorities. However, images reported via SafePhoto are not re-reviewed by Kik's Law Enforcement Response Team before the report is forwarded to law enforcement.

18.   Kik trains employees comprising its Law Enforcement Response Team on the legal obligation to report apparent child pornography. The Law Enforcement Response Team is trained on the Canadian statutory definition of child pornography and how to recognize it on Kik products and services.  Kik voluntarily makes reports to law enforcement in accordance with that training.  After Kik discovers the suspected child pornography, Kik removes the content from its communications system and closes the user's account.

19.   The RCMP has advised HSI that upon receiving reports from Kik related to suspected child pornography, the RCMP reviews the IP addresses of the reported Kik users to determine their geographical location.  The RCMP then provides Kik reports of Kik users in the United States to HSI Office of the Attaché located in Ottawa, Canada ("HSI Ottawa").  HSI Ottawa then turns over the Kik reports to the HSI Cyber Crimes Center ("HSI C3") Child Exploitation Investigations Unit located in Fairfax, Virginia, for analysis and dissemination to the local HSI field office where the Kik user is believed to be residing.  It takes approximately four to five months from the time the Kik user is identified by Kik and the time that the information is provided to the local HSI field office.

2.   <u>Kik Account "ITSJAYKING2" Is Suspected of
Uploading Child Pornography</u>

20.   In or about March 2020, I received Kik leads from HSI
C3 that Kik forwarded to law enforcement in September 2019.  On
or about March 6, 2020, I reviewed the leads and found that Kik
provided a lead relating to the Kik user account "ITSJAYKING2."
The information from Kik included a Subscriber Data Report
containing registration information and login records for
"ITSJAYKING2," a copy of the uploaded child pornography image,
and a PhotoDNA Match Report containing information detailing the
date and time the child pornography image was uploaded and from
which IP address.

21.   I reviewed the Subscriber Data Report and learned that
"ITSJAYKING2" account was created on September 2, 2019 at 09:27
a.m. (UTC) using the SUSPECT IP.  The Subscriber Data Report
also provided the following user-inputted registration
information:

> **First Name**: Josh
>
> **Last Name**: ðŸ˜,ðŸ˜,˘¹
>
> **Email address**: josue_vidal_91@yahoo.com (the SUSPECT
> EMAIL, which was unconfirmed)

22.   The Subscriber Data Report also contained login
records showing that "ITSJAYKING2" account was accessed

---

¹ I know from experience in other investigations involving
Kik that that when users enter emojis or symbols into the
subscriber information field, rather than letters or numbers,
the Subscriber Data Report is unable to mimic them as they would
be seen in the Kik application, but depicts them with
unintelligible characters such as these.

approximately 49 times from the date it was created (September 2, 2019), and the date the account was suspended by Kik (September 4, 2019). I found that 44 of the logins were from the SUSPECT IP and that five logins were made from the IP address 99.203.2.230. Kik also reported that "ITSJAYKING2" was accessed by a device identified as an Android, model SM-G935P.

23. I reviewed the child pornography image uploaded by "ITSJAYKING2" and found that it depicts a nude prepubescent female, appearing to be under the age of 14 years old, sitting on a bed spreading her legs apart exposing her vagina to the camera.[2] The PhotoDNA Match Report accompanying the child pornography image reported that the image was uploaded by "ITSJAYKING2" on September 4, 2019, at 11:25 a.m. (UTC) from the SUSPECT IP.

24. On or about March 23, 2020, I searched the website Maxmind.com - an online search tool used to identify the Internet service provider owning a specific IP address – for the SUSPECT IP and the IP address 99.203.2.230. I learned that the SUSPECT IP is owned by Charter Communications and is assigned to service in the area of Fontana, California. I also learned that the IP address 99.203.2.230 is owned by Sprint Communications. Similarly, I conducted a search on Google for an Android device, SM-G935P. The results of the search revealed that the device is

---

[2] This image will be made available for the Court's review at the appointment with the Court to swear to the affidavit. After I swear to the affidavit, this image will be kept in a sealed envelope and maintained in a secure location.

a Samsung Galaxy S7 Edge smartphone.  A subsequent search within
Samsung's website for security features for the Galaxy S7 Edge
showed that it comes standard with a fingerprint reader for
enabling biometric security.  However, I know from training and
experience that Android devices like the Samsung Galaxy S7 Edge
are programmable allowing users of older model phones, like the
Galaxy S7 Edge, to add/install additional security features such
as such as facial recognition that is commonly found on more up-
to-date Samsung and Apple devices.

### B. **Snapchat Account "JOSH7CSUSB1" Is Suspected of Uploading Child Pornography**

25.  Snapchat, like Kik, is a mobile application designed
for chatting or messaging.  Snapchat is owned and operated by
Snap Inc., a company operating from Santa Monica, California.

26.  On or about March 10, 2020, I received information
from HSI C3 stating that the National Center for Missing and
Exploited Children ("NCMEC") received information from Snap Inc.
reporting that it identified one of its user accounts,
"JOSH7CSUSB1," as utilizing the SUSPECT IP to upload two images
of suspected child pornography to the Snapchat communications
platform.  HSI C3 informed me that NCMEC documented the receipt
of information from Snap Inc. in CyberTip #62801123 (the
"CyberTip").

27.  On April 3, 2020, I received a copy of the CyberTip
and reviewed the contents.  I learned that on January 14, 2020,
Snap Inc. identified that the Snapchat user account
"JOSH7CSUSB1" uploaded two suspected child pornography images to

11

the Snapchat communications platform.  Snap Inc. provided one
login record for "JOSH7CSUSB1" which reported that on December
21, 2019, at 3:47 PM (UTC), "JOSH7CSUSB1" was accessed from the
SUSPECT IP.  Snap Inc. also provided the following user-inputted
registration information for "JOSH7CSUSB1":

Phone: +1 909 782 2055 (the "SUSPECT PHONE NUMBER")

Date of Birth: 11-28-2002

Email address: josue_vidal_91@yahoo.com (the SUSPECT
EMAIL)

28.  I also reviewed the two suspected child pornography
images that were uploaded to by "JOSH7CSUSB1," which are
described below[3]:

i.  The first image depicts a nude prepubescent
female, appearing to be between the ages of 10 and 14 years old,
lying on her back with her legs spread apart exposing her vagina
to the camera.  The child is wearing a long gold-colored
necklace with pearl-like circles on it.

ii.  The second image depicts a nude prepubescent
female, appearing to be between the ages of 10 and 14 years old,
lying on her back with her legs spread apart exposing her vagina
to the camera.  The child is wearing a black wristwatch on her
left wrist.  The child's left arm is lying folded on her chest
covering her left breast.

---

[3] These images will be made available for the Court's review
at the appointment with the Court to swear to the affidavit.
After I swear to the affidavit, these images will be kept in a
sealed envelope and maintained in a secure location.

C. __Identification of Josue VIDAL, AKA ITSJAYKING2 and__
   __JOSH7CSUSB1__

29.   On or about March 26, 2020, I sent a summons (RV-2020-00217) to Charter Communications requesting information for the subscriber assigned to the SUSPECT IP on September 2, 2019 at 09:33:54 (UTC), and September 4, 2019 at 11:23:44 (UTC), the dates and times Kik reported that the SUSPECT IP was used to access the "ITSJAYKING2" Kik account.  I did not send a summons to Sprint Communications for information for the IP address 99.203.2.230 because I know from previous investigations involving requests to Sprint Communications that IP address login information is not retained by Sprint and that it is only kept for the length of the session and that when the session terminates, the login information is lost and not stored.

30.   On or about April 3, 2020, while waiting for Charter Communications to respond to Summons RV-2020-00217, I conducted a search for the SUSPECT PHONE NUMBER registered to the "JOSH7CSUSB1" Snapchat account within Thompson Reuters Consolidated Lead Evaluation and Reporting ("CLEAR").  CLEAR is an online research tool that hosts a vast collection of public and proprietary records such as consumer and credit bureau data, motor vehicle data, utility, real estate, and other business data.  The results of the search revealed that the SUSPECT PHONE NUMBER is operated by Sprint and is associated with the SUBJECT PREMISES. I conducted a subsequent search within CLEAR for residents reported at the SUBJECT PREMISES and found multiple members of the "Vidal" family report residing there, including

VIDAL -- Josue Gamaliel Vidal Quintanilla, born XX/XX/1991[4], with social security number XXX-XX-2689.[5]

31.   On or about April 3, 2020, I conducted a search within records maintained by the California Department of Motor Vehicles ("DMV") and found that VIDAL was issued California Driver's License F2150092 that is registered to the SUBJECT PREMISES.  Additionally, I found DMV records reporting that a 2019 Toyota vehicle, with California license plate 8MMH972 and vehicle identification number 4T1B11HK6KU280273 (the "SUSPECT VEHICLE"), is registered to a "Josue G. Vidal" and "Jorge A. Vidal" at the SUBJECT PREMISES.  I conducted a search for additional licensed drivers registered to the SUBJECT PREMISES and found that Elba Nohemy Vidal (born 1963), Jorge A. Vidal (born 1966), and Emanuel Alexander Vidal Quintanilla (born 1990) all have California driver's licenses registered to the SUBJECT PREMISES.  I also found a California Identification card for Georgina Gabriela Vidal (born 1989) registered to the SUBJECT PREMISES.

32.   On April 3, 2020, I conducted a search using "Josue Vidal Fontana, California" within the social media website Facebook.com.  The results of my search yielded a single user profile at www.facebook.com/josue.vidal2.  The profile was publicly available.  I accessed the profile and found that the

---

[4] Law enforcement has VIDAL's full date of birth, but only a portion of it is provided here for privacy reasons.

[5] Law enforcement has VIDAL's full social security number, but only a portion of it is provided here for privacy reasons.

most recent post was made on July 9, 2018.  The post was an
updated profile picture that depicts a slender Hispanic male
adult wearing a blue-colored t-shirt with "CSUSB"[6] printed on it.
The posting was accompanied by the message "CSUSB [arm flexing
emoji] [arm flexing emoji] [arm flexing emoji]."  The photo of
the person depicted on "Josue Vidal's" Facebook profile picture
appears to be the same Hispanic male depicted on the California
driver's license issued to VIDAL.  Josue Vidal's Facebook
profile also contained the following user-inputted information:

 -Mathematics Teacher at Shandin Hills Middle

 -Studied at California State University, San Bernardino

 -Studied at Chaffey College.

 -Went to Henry J. Kaiser

 -Lives in Fontana, California

 -From Los Angeles, California

 33.  The Facebook profile page for Josue Vidal also
included a posting stating "Started New Job at Shandin Hills
Middle" dated July 3, 2018.  That posting also contained a
hyperlink that directed me to a website for Shandin Hills Middle
School, a school within the San Bernardino City Unified School
District.  Upon accessing the hyperlink, I found information
detailing Shandin Hills Middle School staff assigned to the
Mathematics Department.  The Shandin Hills Middle School
Mathematics Department page listed "Josue Vidal" as a math
teacher for grades 7 and 8.  Josue Vidal's profile contained a

---

 [6] I know from experience that the t-shirt depicted in the
profile picture is representative of the California State
University, San Bernardino, California.

"Biography" section with information consistent to that found on the aforementioned Facebook profile for Josue Vidal (www.facebook.com/josue.vidal2). The Biography states: "Attended Chaffey College and California State University of San Bernardino. I graduated with a B.A. in Mathematic with a concentration in the Teaching Track. I also completed my CA Credential in CSUSB." The email address listed for Josue Vidal is Josue.vidalquintanilla@sbcusd.k12.ca.us.

34. On or about May 29, 2020, Charter Communications responded to Summons RV-2020-00217 and reported that the SUSPECT IP was assigned to "Elva Vidal" at SUBJECT PREMISES. Charter also provided the information that email address "elbavidal.2002@gmail.com"[7] is registered to the Internet account associated with the Charter account for the SUBJECT PREMISES. Charter Communications also reported that the SUSPECT IP was assigned to the Elva Vidal at the SUBJECT PREMISES from October 25, 2018 until April 1, 2020 - a duration the SUSPECT IP was assigned to the SUBJECT PREMISES, including the time period during which login activities from the Kik account "ITSJAYKING2" and the Snapchat account "JOSH7CSUSB1" took place.

### D. Execution of Search Warrants

35. On September 16, 2020, the Honorable Shashi Kewalramani, United States Magistrate Judge, Central District of California,

---

[7] The account holder's name reported by Charter Communications is "Elva Vidal." However, I believe this is a typo and intended to be "Elba Vidal" as shown in the email address registered to the account and is consistent with information obtained in CLEAR and DMV records checks.

issued warrants to search (1) 14312 Upas Court, Fontana, California 92335 (the SUBJECT PREMISES), and (2) the person of Vidal (together, the "Search Warrants").

36.   On September 16, 2020, at approximately 6:05 a.m., law enforcement personnel arrived at the SUBJECT PREMISES to execute the Search Warrants.   Upon arrival, law enforcement personnel announced their presence and demanded all individuals inside the SUBJECT PREMISES come outside.   VIDAL, and other family members residing at the SUBJECT PREMISE came out of the SUBJECT PREMISES.   VIDAL was not placed in restraints, nor were any of the other residents.

37.   Law enforcement personnel then took steps to secure the property.   Once the SUBJECT PREMISES was secured, VIDAL and all other residents were taken inside the SUBJECT PREMISES and sat in the living room.

### E. **VIDAL admits in a *Mirandized* interview that he sent, received and possessed child pornography**

38.   At approximately 6:45 a.m., I read VIDAL his *Miranda* rights.   I informed VIDAL that if he decided to answer questions now, he still had the right to stop the questioning at any time, including for the purposes of consulting an attorney.   I informed VIDAL that answering my questions was voluntary.   I asked VIDAL if he understood the rights I read to him and he nodded his head in the affirmative and said "yes."

39.   I interviewed VIDAL about his use of the internet to send and receive child pornography.   VIDAL stated that since approximately early 2019, he has been viewing child pornography

on and off. VIDAL stated that in the past he has tried to stop viewing child pornography multiple times within that past two years but has been unsuccessful. VIDAL described that as recently as one month ago he tried to stop and deleted the child pornography that he saved to his Toshiba Laptop and Samsung S7 cell phone. VIDAL described how he deleted the child pornography on his Toshiba Laptop that contained videos he recorded from Instagram and Snapchat of minors masturbating. VIDAL stated that he then deleted the files from the recycle bin which I have learned from forensics agents in similar investigation places the data in unallocated (deleted) space on the hard drive.

40. When describing the type of child pornography VIDAL has viewed, VIDAL stated that although he has seen child pornography involving children as young as "infants," he prefers children 10 years old and older. VIDAL stated that he used his Samsung S7 cell phone and Toshiba laptop to access the online platforms such as Omegle, Kik Messenger, Snapchat, Instagram, Mega, and Dropbox in order to send, receive, and possess child pornography.

41. VIDAL also admitted specifically to using Kik account "ITSJAYKING2" (discussed above) and Snap account "JOSH7CSUSB1" (discussed above) to possess, receive, and distribute child pornography until those accounts were closed by Kik and Snap, respectively. VIDAL also admitted that SUSPECT EMAIL, associated with Kik "ITSJAYKIN2" account and Snap account "JOSH7CSUSB1," was his email address. VIDAL also admitted that

SUSPECT PHONE NUMBER, associated with Snap account "JOSH7CSUSB1"
was his phone number.

42.   VIDAL provided consent to search and take over
multiple online accounts that he used for sending, receiving and
possessing child pornography.  I logged into one of the accounts
using my government issued iPad, specifically VIDAL's second
Snapchat account "FIRSTLAST6543," and found that it contained
numerous communications, most which appeared to involve the
trading of child sexual abuse videos and images or involve
VIDAL's attempt to engage minors in sexual explicit
communications.

43.   More specifically, I found that on August 22, 2020 at
5:53 a.m., VIDAL sent a message containing a hyperlink to a
downloadable file hosted on Mega.NZ to the Snapchat user account
"ITSJAYGEE2020."  Then at 5:54 a.m., VIDAL sent a second message
containing another hyperlink, this time to a downloadable file
hosted on Dropbox.com.  These were the only two correspondences
saved to the conversation.  I accessed both of the hyperlinks
and found them to contain downloadable files depicting the
sexual exploration of children.  More specifically, the
hyperlink contained in the 5:53 a.m. message directed me to a
downloadable public folder hosted on MEGA.NZ.  The MEGA folder
contained 16 video files and a subfolder titled "pc videos."
Within the "pc videos" folder were 156 video files.  I reviewed
the videos files and found that almost all of them depicted the
sexual abuse of minors.  I recognized many of the videos from
prior child exploitation investigations as videos that depict

children who have been identified by law enforcement.  Two of the videos contained in the "pc videos" folder are described below:

        i.   Video file titled "VID-20170130-WA00110" depicts a nude minor female, appearing to be under the age of 13 years old, engaging in various sex acts with a nude male adult. The video is approximately seven minutes long and during the video the child is depicted performing oral sex on the male adult as well as depicting being vaginally and anally penetrated by the male adult's penis.  I recognize this video from other child exploitation investigations as depicting a child identified by law enforcement. Additional videos depicting the sexual abuse of this same child were found in the same folder.

        i.   Video file titled "VID-20170131-WA0000" appears to be a compilation of video each depicting the sexual abuse of minor females. The video is approximately three and half minutes in length and depicts various sex acts committed on the child/ren.  During the video a female child, appearing to be under the age of 4 years old is seen being vaginally penetrated by an adult's hand. The camera is closely focused on the adult's finger as it penetrates the child's vagina.  The video cuts to a close up of a male adult's penis vaginally penetrating the vagina of a similarly aged/size child. The video concludes with a nude male adult standing over a nude female minor appearing to be under the age of 8 years old. The male is seen ejaculating on the child's face.

**F. VIDAL admits in a *Mirandized* interview that he engaged in live video communications with minors where he solicited them to masturbate which he recorded.**

44.    During the interview, VIDAL also admitted to using Snapchat and Instagram for the purpose of communicating with minors in live video chats where he solicited minors to masturbate for, and with him.  VIDAL recalled the names of two of the minors MINOR A1 and MINOR M2[8] and who he believed were 10 and 11 years old.  I asked VIDAL to approximate how many minors he attempted to engage in sexually explicit communications. VIDAL informed me that there were many and could not approximate.  VIDAL described that he typically pretended to be a minor boy when soliciting minor females online.

45.    VIDAL informed me that as recently as the night before, he sent a video of himself masturbating to one of the minors he had been communicating with.  Using my government issued tablet, I subsequently logged into the VIDAL's Instagram account "ITSJAYGEE2" which VIDAL consented for law enforcement to search.  I presented him with my tablet which displayed the numerous Instagram user accounts that he communicated with using his Instagram account.  VIDAL identified the user account belonging to "MINOR MA[9]" as a minor he believed to be 11 years old and one that he engaged in live video chat involving masturbation.  During that conversation, VIDAL admitted to pretending to be a 13 year old boy while communicating with

---

[8] VIDAL identified these two female minors by their first name only.  Their names have been redacted in this affidavit.

[9] The user account for MINOR MA appears to be the minor's name, and it has been redacted in this affidavit.

MINOR MA.  I reviewed the communications and found that it appears that they began communicating on Instagram on Sunday, September 20, 2020 at 5:09 p.m. Below is a portion of that conversation occurring September 20, 2020:

VIDAL: I'm Josh, nice to meet you :)

MINOR MA: Nice to meet u to

I am [MINOR MA]

VIDAL: Did we jist meet on omegle? I'm not sure if it was you I talked to

Beautiful name btw

MINOR MA: what is omegle and thx

VIDAL: Ohhh its just a social app

MINOR MA: Oh ok

VIDAL: idk if we did meet there :0

MINOR MA: I do not think we dis

Did

VIDAL: Ohhhhh okay lol

Btw can you do a big favor? I just need an opinion

MINOR MA: Yeah what's it

VIDAL: Umm.. well its' gonna be my first time ever…like first time. Can you watch me cum? Just curious about your opinion on it

[happy face emoji]

MINOR MA: Qh

What

VIDAL: Can you?

MINOR MA: What are you asking

VIDAL: Can you watch me jerk off until I cum?


The conversation continues and VIDAL initiates a video chat is shortly thereafter. The conversation continued after the video chat and appears to reference VIDAL's masturbating.


VIDAL: I made it fast lol

MINOR MA: Lol

VIDAL: What did ya think of it?

MINOR MA: Good

VIDAL: Cool. And don't worry i wont tell anyone you saw lol

46.   The conversation between VIDAL and MINOR MA continued on and off until the night before the warrant was executed by law enforcement.   During that time period, the conversation history shows numerous video chat logs having taken place between VIDAL and MINOR MA.

### G. Defendant's Background

During the interview with VIDAL he stated that he has been employed as a teacher for approximately three years and is currently teaching 6th grade at Shandin Hills Middle School in San Bernardino, California.   I subsequently spoke to school police for San Bernardino City Unified, where VIDAL is employed, and they confirmed his employment there.

### V.   CONCLUSION

50.   For all the reasons described above, there is probable cause to believe that VIDAL has committed violations of the

SUBJECT OFFENSES, namely, Title 18, United States Code, Section 2252(a)(1) (Transportation of Child Pornography); and Title 18, United States Code, Section 2252A(a)(5)(B) (Possession of Child Pornography).


_____
Jonathan Ruiz, Special Agent
Homeland Security
Investigations


Subscribed to and sworn before
me on September 24, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

24