NICOLA T. HANNA
United States Attorney
JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office
SONAH LEE (Cal. Bar No. 246024)
Assistant United States Attorney
Riverside Branch Office
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone: (951)276-6924
    Facsimile: (951)276-6202
    E-mail:   sonah.lee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED 20-MJ-512 |
|---|---|
| Plaintiff, | <u>GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT AGAINST DEFENDANT JOSUE GAMALIEL VIDAL QUINTANILLA WITHOUT PREJUDICE</u> |
| v. | |
| JOSUE GAMALIEL VIDAL QUINTANILLA, | <u>Hearing</u><br>Date: N/A<br>Time: N/A |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Sonah Lee, hereby moves, under Federal Rule of Criminal Procedure 48(a), to dismiss,

//

//

without prejudice, the criminal complaint against defendant Josue Gamaliel Vidal Quintanilla, filed at Docket No. 1 in the above-captioned case.

Dated: October 8, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

         /s/
SONAH LEE
Assistant United States Attorney
Riverside Branch Office

Attorneys for Plaintiff
UNITED STATES OF AMERICA