RELEASE ORDER NO. 38909

1 NICOLA T. HANNA
United States Attorney
2 JERRY C. YANG
Assistant United States Attorney
3 Chief, Riverside Branch Office
SONAH LEE (Cal. Bar No. 246024)
4 Assistant United States Attorney
Riverside Branch Office
5        3403 Tenth Street
       Riverside, California 92501
6        Telephone:  (951) 276-6924
       Facsimile:  (951) 276-6202
7        E-mail:     sonah.lee@usdoj.gov

8 Attorneys for Applicant
UNITED STATES OF AMERICA

9
                    UNITED STATES DISTRICT COURT
10
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
UNITED STATES OF AMERICA,              ED 20-MJ-512
12
            Plaintiff,                 ORDER DISMISSING THE CRIMINAL
13                                     COMPLAINT

                  v.
14
JOSUE GAMALIEL VIDAL QUINTANILLA,
15
            Defendant.
16

17

18

19
       In the interest of justice, the Court dismisses, without
20
prejudice, the criminal complaint filed in this case above-entitled
21
action.
22
       IT IS SO ORDERED.
23

24
 10/08/2020
25  DATE                               KENLY KIYA KATO
                                       UNITED STATES MAGISTRATE JUDGE
26

27

28

                                      1

1    IN CASE OF DENIAL:

2    The government's motion to dismiss the criminal complaint is

3 denied.

4    IT IS SO ORDERED.

5

6 _____          _____
   DATE                                   UNITED STATES MAGISTRATE JUDGE
7

8

9 Presented by:

10   /S/
   _____
   SONAH LEE
11 Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2